Case 1:20-cv-11021-NMG   Document 16   Filed 07/29/20   Page 1 of 9

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN DOE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BRANDEIS UNIVERSITY,<br><br>Defendant. | No. 1:20-cv-11021-NMG |

## JOINT MOTION TO CONSOLIDATE

Pursuant to Fed. Rule Civ. P. 42(a)(2) and Local Rule 40.1(j), Plaintiff John Doe, Plaintiff Alan Thomas Omoro, and Defendant Brandeis University hereby move to consolidate the two student refund class actions pending against Brandeis.

Pending in the District of Massachusetts are two separately filed, but related cases against Defendant Brandeis University: (1) *John Doe, individually and on behalf of all others similarly situated v. Brandeis University*, No. 1:20-cv-11021 (filed 5/28/2020), and (2) *Alan Thomas Omoro, individually and on behalf of all others similarly situated v. Brandeis University*, No. 1:20-cv-11030 (filed 5/29/2020).[1]

Consolidation is appropriate under Fed. Rule Civ. P. 42(a)(2) and Local Rule 40.1(j) because both cases involve common parties as well as common issues of fact and law. In these class actions, Plaintiffs assert similar claims against Brandeis arising from the same alleged conduct: the University's alleged failure and/or refusal to issue partial refunds to Brandeis

---

[1] The parties have filed a motion to transfer the *Omoro* action, initially assigned to Judge William G. Young, to this Court—alongside the first-filed *Doe* action.

*Joint motion allowed.* /s/ NMGorton, USDJ 9/1/20