UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

                                                             Civil Action
                                                             No: 20-cv-11021-NMG
                                                                   20-cv-11030 - WGY

John Doe
Plaintiff

v.

Brandeis university
Defendant

## ORDER OF CONSOLIDATION

Gorton, D.J.

     Pursuant to the court's Order, see Civil Action 20-cv-11021 [#17]; Civil Action 20-cv-11021 and 20-cv-11030, these cases are hereby consolidated. All further pleadings shall be filed on the docket of Civil Action 20-cv-11021 as lead case.

                                                                  By the Court,

                                                               /s/ Leonardo T. Vieira
                                                               Deputy Clerk

September 14, 2020

To: All Counsel