UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALAN THOMAS OMORI and JOHN DOE, individually and on behalf of all others similarly situated,<br><br>                Plaintiffs,<br><br>v.<br><br>BRANDEIS UNIVERSITY,<br><br>                Defendant. | No. 1:20-cv-11021-NMG<br><br>JURY TRIAL DEMANDED |

**PLAINTIFF JOHN DOE'S UNOPPOSED MOTION FOR AN ORDER TO PROCEED UNDER A PSEUDONYM**

For the reasons set forth more fully in his accompanying Memorandum of Law and exhibits, incorporated here by reference, Plaintiff John Doe, hereby moves this Court for leave to proceed against Defendant Brandeis University under a pseudonym to protect his identity. Plaintiff Doe should be allowed to proceed under a pseudonym as the factors courts consider in this District weigh in Plaintiff's favor. Defendant does not oppose this motion. Accordingly, Plaintiff respectfully requests the Court enter an order permitting him to proceed under a pseudonym.

Pursuant to Local Rule 7.1(a)(2), on December 18, 2020 counsel for Plaintiff (Whitney K. Siehl) requested a meet and confer with Defendant regarding this motion and suggested the parties negotiate an agreement that addresses Plaintiff Doe's anonymity concerns and provides Defendant the information it requests for its defense. On December 21, 2020 counsel for Defendant (Alex Loomis) responded that although Defendant does not consent to Plaintiff's motion, Defendant "will accept the interim proposal for disclosure of Doe's identity under a protective order or similar agreement relating to this particular issue." Defendant reserved its

rights to challenge Doe's use of a pseudonym later in the proceedings and indicated it will file a notice of non-opposition to this motion. The Parties are continuing to meet and confer regarding the agreement to protect Doe's identity.

This motion for leave is filed in addition to Plaintiff John Doe's Declaration in Support of Plaintiffs' Opposition to Defendant's Motion to Dismiss [ECF # 25], attached as Exhibit A. Should the Court be inclined to deny this motion or dismiss Plaintiff Doe's claims for proceeding under a pseudonym, Plaintiff Doe requests in lieu of dismissal a 14-day period to evaluate whether to come forward under his own name.

.

Dated: December 22, 2020

Respectfully submitted,

By: */s/ Daniel J. Kurowski*
Daniel J. Kurowski (*Pro Hac Vice*)
Whitney K. Siehl (*Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
455 N. Cityfront Plaza Dr., Suite 2410
Chicago, IL 60611
(708) 628-4949
dank@hbsslaw.com
whitneys@hbsslaw.com

Kristie LaSalle (BBO #692891)
HAGENS BERMAN SOBOL SHAPIRO LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142
(617) 482-3700
kristiel@hbsslaw.com

Steve W. Berman (*Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
(206) 623-7292
steve@hbsslaw.com

>Richard E. Levine (BBO# 672675)
>STANZLER LEVINE, LLC
>37 Walnut Street, Suite 200
>Wellesley, MA 02481
>(617) 482-3198
>rlevine@stanzlerlevine.com
>
>Eric M. Poulin (*Pro Hac Vice*)
>Roy T. Willey, IV (*Pro Hac Vice*)
>ANASTOPOULO LAW FIRM, LLC
>32 Ann Street
>Charleston, SC 29403
>(843) 614-8888
>eric@akimlawfirm.com
>roy@akimlawfirm.com
>
>*Attorneys for Plaintiffs, individually and on behalf of all others similarly situated*

## LOCAL RULE 7.1 CERTIFICATION

I certify that Plaintiff Doe complied with the provisions of Local Rule 7.1 by conferring with counsel for Defendant on December 18 and 21, 2020. Plaintiff Doe brings this motion to seek leave of the court to proceed under a pseudonym. The Parties continue to meet and confer regarding an agreement that addresses Plaintiff Doe's anonymity concerns and provides Defendant the information it requests for its defense.

Dated: December 22, 2020      */s/ Daniel J. Kurowski*
                              Daniel J. Kurowski

## CERTIFICATE OF SERVICE

      I, Daniel J. Kurowski, certify that the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: December 22, 2020                     */s/ Daniel J. Kurowski*
                                                       Daniel J. Kurowski