UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALAN THOMAS OMORI and LINFEI YANG, individually and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br><br>    v.<br><br>BRANDEIS UNIVERSITY,<br><br>            Defendant. | No. 1:20-cv-11021-NMG |

**DEFENDANT BRANDEIS UNIVERSITY'S**
**NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendant Brandeis University respectfully invites the Court's consideration of a recent order by the Seventh Circuit of direct relevance to the pending motion for class certification in this case, on which the Court is scheduled to hold a hearing on May 5, 2023. The Seventh Circuit recently vacated certification of a tuition refund class in *Eddlemon v. Bradley University*, --- F.4th ---, 2023 WL 2904685 (7th Cir. 2023). The Seventh Circuit faulted the district court in part because of its uncritical reliance on *Little v. Grand Canyon University*, No. CV-20-00795, 2022 WL 266726 (D. Ariz. Jan. 28, 2022), a district court order certifying another tuition case. *Bradley*, 2023 WL 2904685, at *3. Plaintiffs here also rely heavily on *Grand Canyon*. *See* Dkt. 129 at 2, 11-12, 15, 17, 19; Dkt. 138 at 3.

1

DATED:  April 20, 2023        Respectfully submitted,

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By */s/ Shon Morgan*
Kathleen M. Sullivan (BBO # 551053)
Crystal Nix-Hines (pro hac vice)
Shon Morgan (pro hac vice)
Marina Lev (pro hac vice)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA  90017
Tel. (213) 443-3000
crystalnixhines@quinnemanuel.com
kathleensullivan@quinnemanuel.com
shonmorgan@quinnemanuel.com
marinalev@quinnemanuel.com

Harvey Wolkoff (BBO No. 532880)
Alex H. Loomis (BBO No. 699129)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
111 Huntington Avenue, Suite 520
Boston, MA 02199
Tel: (617) 712-7100
harveywolkoff@quinnemanuel.com
alexloomis@quinnemanuel.com

*Attorneys for Defendant,
Brandeis University*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true copy of the above document was served upon attorneys of record by email on April 20, 2023.

                                              */s/ Shon Morgan*
                                              Shon Morgan