UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALAN THOMAS OMORI and LINFEI YANG, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BRANDEIS UNIVERSITY,<br><br>Defendant. | No. 1:20-cv-11021-NMG |

### JOINT STIPULATION AND PROPOSED ORDER STAYING EXPERT DISCOVERY DEADLINES

**IT IS HEREBY STIPULATED AND REQUESTED** by and between Plaintiffs ALAN THOMAS OMORI and LINFEI YANG ("Plaintiffs") and Defendant BRANDEIS UNIVERSITY ("Defendant") (collectively, "Parties"), by and through their respective counsel of record, based on the following recitals:

WHEREAS, on December 7, 2022, the Court entered a scheduling order (ECF 123), granting in part and denying in part the Motion for Entry of Scheduling Order (ECF 121), setting various case deadlines including with respect to expert discovery;

WHEREAS, pursuant to the scheduling order (ECF 123), the deadline for the deposition of Plaintiffs' experts is currently July 19, 2023, and the deadline for the deposition of Brandeis's experts is August 25, 2023.

WHEREAS, on May 31, 2023, Plaintiffs filed a petition before the First Circuit (Case No. 23-8026) to appeal this Court's denial of Plaintiffs' motion for class certification (ECF 143), to which petition Brandeis filed its opposition on June 12, 2023;

1

WHEREAS, the Parties have conferred and, in light of Plaintiffs' petition for permission to appeal the Court's May 17, 2023 order denying class certification, which Brandeis has opposed, and which remains pending before the First Circuit, the Parties propose a stay of all remaining expert discovery deadlines in this matter pending the resolution of Plaintiffs' petition for appellate review.

THEREFORE, the Parties hereby stipulate, agree, and respectfully request that all remaining expert discovery deadlines in this matter be stayed pending the First Circuit's resolution of Plaintiffs' petition.

**IT IS SO STIPULATED**.

DATED: June 29, 2023  　　　　　　　　Respectfully submitted,

              QUINN EMANUEL URQUHART &
              SULLIVAN, LLP

              By */s/ Shon Morgan*
                Kathleen M. Sullivan (BBO # 551053)
                Crystal Nix-Hines (pro hac vice)
                Shon Morgan (pro hac vice)
                Marina Lev (pro hac vice)
                QUINN EMANUEL URQUHART &
                SULLIVAN, LLP
                865 S. Figueroa Street, 10th Floor
                Los Angeles, CA  90017
                Tel. (213) 443-3000
                crystalnixhines@quinnemanuel.com
                kathleensullivan@quinnemanuel.com
                shonmorgan@quinnemanuel.com
                marinalev@quinnemanuel.com

                Harvey Wolkoff (BBO No. 532880)
                Alex H. Loomis (BBO No. 699129)
                QUINN EMANUEL URQUHART &
                SULLIVAN, LLP
                111 Huntington Avenue, Suite 520
                Boston, MA 02199
                Tel: (617) 712-7100
                harveywolkoff@quinnemanuel.com
                alexloomis@quinnemanuel.com

                *Attorneys for Defendant,*
                *Brandeis University*

<u>CERTIFICATE OF SERVICE</u>

  The undersigned hereby certifies that on June 29, 2023, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                   */s/ Shon Morgan*
                     Shon Morgan