UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALAN THOMAS OMORI and LINFEI YANG, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BRANDEIS UNIVERSITY,<br><br>Defendant. | No. 1:20-cv-11021-NMG |

**JOINT STIPULATION AND PROPOSED ORDER STAYING EXPERT DISCOVERY DEADLINES**

**IT IS HEREBY STIPULATED AND REQUESTED** by and between Plaintiffs ALAN THOMAS OMORI and LINFEI YANG ("Plaintiffs") and Defendant BRANDEIS UNIVERSITY ("Defendant") (collectively, "Parties"), by and through their respective counsel of record, based on the following recitals:

WHEREAS, on December 7, 2022, the Court entered a scheduling order (ECF 123), granting in part and denying in part the Motion for Entry of Scheduling Order (ECF 121), setting various case deadlines including with respect to expert discovery;

WHEREAS, on July 17, 2023—in light of the parties' then-pending briefing regarding Plaintiffs' petition before the First Circuit (Case No. 23-8026) to appeal this Court's denial of Plaintiffs' motion for class certification (ECF 143)—the Court entered a scheduling order (ECF 146), granting in part and denying in part the Joint Stipulation and Proposed Order Staying Expert Discovery Deadlines (ECF 145), staying expert discovery deadlines for a period of 60 days;

1

WHEREAS, pursuant to the scheduling order (ECF 146), the deadline for the deposition of Plaintiffs' experts is currently September 18, 2023, and the deadline for the deposition of Brandeis's experts is October 24, 2023.

WHEREAS, on August 16, 2023, the First Circuit (Case No. 23-8026) denied Plaintiffs' petition to appeal (ECF 147);

WHEREAS, on August 9, 2023, Governor Maura Healey signed into law Section 80 of the Outside Sections of Massachusetts' Fiscal Year 2024 Budget, entitled "Higher Education COVID-19 Limited Liability," including statutory provision Section 80(b) which grants Massachusetts colleges and universities like Brandeis immunity from civil liability for monetary damages or equitable monetary relief based on those institutions' transition to remote instruction in response to the COVID-19 pandemic during the Spring 2020 semester;

WHEREAS, the Parties have conferred and, in light of the emergent Massachusetts legislation, the Parties propose continuing all remaining expert discovery deadlines in this matter for an additional 90 days as the parties assess next steps, including in light of the First Circuit's denial of Plaintiffs' petition.

THEREFORE, the Parties hereby stipulate, agree, and respectfully request that all remaining expert discovery deadlines in this matter be continued for an additional 90 days as the parties assess next steps, including in light of the First Circuit's denial of Plaintiffs' petition.

**IT IS SO STIPULATED**.

DATED:  September 11, 2023                    Respectfully submitted,

                                                                QUINN EMANUEL URQUHART &
SULLIVAN, LLP

By */s/ Crystal Nix-Hines*
Kathleen M. Sullivan (BBO # 551053)
Crystal Nix-Hines (pro hac vice)
Shon Morgan (pro hac vice)
Marina Lev (pro hac vice)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA  90017
Tel. (213) 443-3000
crystalnixhines@quinnemanuel.com
kathleensullivan@quinnemanuel.com
shonmorgan@quinnemanuel.com
marinalev@quinnemanuel.com

Harvey Wolkoff (BBO No. 532880)
Alex H. Loomis (BBO No. 699129)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
111 Huntington Avenue, Suite 520
Boston, MA 02199
Tel: (617) 712-7100
harveywolkoff@quinnemanuel.com
alexloomis@quinnemanuel.com

*Attorneys for Defendant,
Brandeis University*

By*/s/ Daniel J. Kurowski*
Daniel J. Kurowski (*pro hac vice*)
Whitney K. Siehl (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
455 N. Cityfront Plaza Dr., Suite 2410
Chicago, IL 60611
T: (708) 628-4949
F: (708) 628-4950
dank@hbsslaw.com
whitneys@hbsslaw.com

Steve W. Berman (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
T: (206) 623-7292
steve@hbsslaw.com

Rachel Downey (BBO #706639)
HAGENS BERMAN SOBOL SHAPIRO LLP
1 Faneuil Hall Square, 5th Floor
Boston, MA 02109
T: (617) 482-3700
F: (617) 482-3003
racheld@hbsslaw.com

Paul J. Doolittle (*pro hac vice*)
Blake G. Abbott (*pro hac vice*)
POULIN | WILLEY | ANASTOPOULO, LLC
32 Ann Street
Charleston, SC 29403
T: (843) 614-8888
pauld@akimlawfirm.com
blake@akimlawfirm.com

Richard E. Levine (BBO# 672675)
STANZLER LEVINE, LLC
37 Walnut Street, Suite 200
Wellesley, MA 02481
T: (617) 482-3198
rlevine@stanzlerlevine.com

*Attorneys for Plaintiffs and the proposed class*

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 11, 2023, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ *Alex H. Loomis*
Alex H. Loomis

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALAN THOMAS OMORI and LINFEI YANG, individually and on behalf of all others similarly situated, <br><br>               Plaintiffs, <br><br>   v. <br><br> BRANDEIS UNIVERSITY, <br><br>               Defendant. | No. 1:20-cv-11021-NMG <br><br> **[PROPOSED] ORDER STAYING EXPERT DISCOVERY DEADLINES** |

**[*PROPOSED*] ORDER**

      The Court, having reviewed the Parties' Joint Stipulation to continue expert discovery deadlines for an additional 90 days (the "Stipulation"), and **GOOD CAUSE APPEARING THEREFOR**, **HEREBY ORDERS AS FOLLOWS:**

      1.    The remaining deadlines pertaining to expert discovery in this matter are hereby continued an additional 90 days as the parties assess next steps, including in light of the First Circuit's denial of Plaintiffs' petition.

      **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____

                                                       HON. NATHANIEL M. GORTON
                                                       Judge, U.S. District Court,
                                                       District of Massachusetts