# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALAN THOMAS OMORI and LINFEI YANG, individually and on behalf of all others similarly situated, | |
| Plaintiffs, | No. 1:20-cv-11021-NMG |
| v. | [PROPOSED] ORDER STAYING EXPERT DISCOVERY DEADLINES |
| BRANDEIS UNIVERSITY, | |
| Defendant. | |

## [~~PROPOSED~~] ORDER

The Court, having reviewed the Parties' Joint Stipulation to continue expert discovery deadlines for an additional 90 days (the "Stipulation"), and **GOOD CAUSE APPEARING THEREFOR, HEREBY ORDERS AS FOLLOWS:**

1. The remaining deadlines pertaining to expert discovery in this matter are hereby continued an additional 90 days as the parties assess next steps, including in light of the First Circuit's denial of Plaintiffs' petition.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 09/12/2023

_Nathaniel M. Gorton_
HON. NATHANIEL M. GORTON
Judge, U.S. District Court,
District of Massachusetts