**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ALAN THOMAS OMORI and LINFEI YANG, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BRANDEIS UNIVERSITY,<br><br>Defendant. | No. 1:20-cv-11021-NMG |

<u>**JOINT STIPULATION AND PROPOSED ORDER**</u>

**IT IS HEREBY STIPULATED AND REQUESTED** by and between Plaintiffs ALAN

THOMAS OMORI and LINFEI YANG ("Plaintiffs") and Defendant BRANDEIS UNIVERSITY

("Defendant") (collectively, "Parties"), by and through their respective counsel of record, based

on the following recitals:

WHEREAS, on December 7, 2022, the Court entered a scheduling order (ECF 123),

granting in part and denying in part the Motion for Entry of Scheduling Order (ECF 121), setting

various case deadlines including with respect to expert discovery;

WHEREAS, on July 17, 2023—in light of the parties' then-pending briefing regarding

Plaintiffs' petition before the First Circuit (Case No. 23-8026) to appeal this Court's denial of

Plaintiffs' motion for class certification (ECF 143)—the Court entered a scheduling order (ECF

146), granting in part and denying in part the Joint Stipulation and Proposed Order Staying Expert

Discovery Deadlines (ECF 145), staying expert discovery deadlines for a period of 60 days;

WHEREAS, pursuant to the scheduling order (ECF 149), the deadline for the deposition of Plaintiffs' experts is currently December 18, 2023, and the deadline for the deposition of Brandeis's experts is January 22, 2023.

WHEREAS, on August 16, 2023, the First Circuit (Case No. 23-8026) denied Plaintiffs' petition to appeal (ECF 147);

WHEREAS, on August 9, 2023, Governor Maura Healey signed into law Section 80 of the Outside Sections of Massachusetts' Fiscal Year 2024 Budget, entitled "Higher Education COVID-19 Limited Liability," including statutory provision Section 80(b), which Brandeis contends grants Massachusetts colleges and universities like Brandeis immunity from civil liability for monetary damages or equitable monetary relief based on those institutions' transition to remote instruction in response to the COVID-19 pandemic during the Spring 2020 semester;

WHEREAS, the Parties have conferred and, in light of the emergent Massachusetts legislation, the Parties propose continuing all remaining expert discovery deadlines in this matter pending the resolution of briefing on whether this immunity legislation impacts Plaintiffs' claims.

THEREFORE, the Parties hereby stipulate, agree, and respectfully request that the Court enter and order staying all expert deadlines and that  following briefing schedule be approved:

- Defendant's Supplemental Motion for Summary Judgment re Higher Education COVID-19 Limited Liability statute: Due October 18, 2023

- Plaintiffs' Opposition to Defendant's Supplemental Motion for Summary Judgment: Due November 15, 2023

- Defendant's Reply Brief: Due November 22, 2023

**IT IS SO STIPULATED**.

2

DATED:  October 4, 2023                    Respectfully submitted,

By */s/ Blake G. Abbott*

Paul J. Doolittle (*pro hac vice*)
Blake G. Abbott (*pro hac vice*)
POULIN | WILLEY | ANASTOPOULO, LLC
32 Ann Street
Charleston, SC 29403
T: (803) 222-2222
Pauld@akimlawfirm.com
blake@akimlawfirm.com

Daniel J. Kurowski (*pro hac vice*)
Whitney K. Siehl (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
455 N. Cityfront Plaza Dr., Suite 2410
Chicago, IL 60611
T: (708) 628-4949
F: (708) 628-4950
dank@hbsslaw.com
whitneys@hbsslaw.com

Steve W. Berman (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
T: (206) 623-7292
steve@hbsslaw.com

Rachel Downey (BBO #706639)
HAGENS BERMAN SOBOL SHAPIRO LLP
1 Faneuil Hall Square, 5th Floor
Boston, MA 02109
T: (617) 482-3700
F: (617) 482-3003
racheld@hbsslaw.com

Richard E. Levine (BBO# 672675)
STANZLER LEVINE, LLC
37 Walnut Street, Suite 200
Wellesley, MA 02481
T: (617) 482-3198
rlevine@stanzlerlevine.com

*Attorneys for Plaintiffs and the proposed class*

3

By */s/ Alex H. Loomis*
_____

    Harvey Wolkoff (BBO No. 532880)
    Alex H. Loomis (BBO No. 699129)
    QUINN EMANUEL URQUHART &
    SULLIVAN, LLP
    111 Huntington Avenue, Suite 520
    Boston, MA 02199
    Tel: (617) 712-7100
    harveywolkoff@quinnemanuel.com
    alexloomis@quinnemanuel.com

    Kathleen M. Sullivan (BBO # 551053)
    Crystal Nix-Hines (pro hac vice)
    Shon Morgan (pro hac vice)
    Marina Lev (pro hac vice)
    QUINN EMANUEL URQUHART &
    SULLIVAN, LLP
    865 S. Figueroa Street, 10th Floor
    Los Angeles, CA  90017
    Tel. (213) 443-3000
    crystalnixhines@quinnemanuel.com
    kathleensullivan@quinnemanuel.com
    shonmorgan@quinnemanuel.com
    marinalev@quinnemanuel.com

    *Attorneys for Defendant,*
    *Brandeis University*

**4**

<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on October 4, 2023,  the foregoing was electronically

filed with the Clerk of the Court using the CM/ECF system which will send notification of such

filing to all counsel of record.

*/s/ Blake G. Abbott*

**5**

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

ALAN THOMAS OMORI and LINFEI
YANG, individually and on behalf of all others
similarly situated,

                Plaintiffs,

     v.

BRANDEIS UNIVERSITY,

       Defendant.

No. 1:20-cv-11021-NMG

**[PROPOSED] ORDER STAYING
EXPERT DISCOVERY DEADLINES
AND ENTERING BRIEFING
SCHEDULE**

## [*PROPOSED*] ORDER

The Court, having reviewed the Parties' Joint Stipulation for the reasons provided therein and for good cause shown, the stipulation is GRANTED.  The Court orders that all remaining expert discovery deadlines in this matter shall be stayed pending the resolution of briefing on whether this certain Massachusetts' legislation impacts Plaintiffs' claims. The Court further adopts the  following briefing schedule be approved:

- Defendant's Supplemental Motion for Summary Judgment re Higher Education COVID-19 Limited Liability statute: Due October 18, 2023

- Plaintiffs' Opposition to Defendant's Supplemental Motion for Summary Judgment: Due November 15, 2023

- Defendant's Reply Brief: Due November 22, 2023

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:    _____

                          _____
                          HON. NATHANIEL M. GORTON
                          Judge, U.S. District Court,
                          District of Massachusetts