United States District Court
District of Massachusetts

|  |  |
|---|---|
| ALAN THOMAS OMORI and LINFEI YANG, individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>      v.<br><br>BRANDEIS UNIVERSITY,<br><br>      Defendant. | Civil Action No. 20-11021-NMG |

**ORDER**

GORTON, J.

The Court will treat the parties' joint stipulation (Docket No. 150) as a motion to amend the scheduling order. That motion is **ALLOWED** with respect to the proposed summary judgment briefing schedule but **DENIED** as to the remaining discovery deadlines.

The Court will rule on any dispositive motions on or before December 31, 2023. If the case is not definitively resolved by summary judgment, depositions of plaintiffs' experts will be completed on or before January 19, 2024, and depositions of defendant's experts will be completed on or before February 16, 2024.

-2-

The Court will convene a final pretrial conference in late February, 2024, and a jury trial will commence on March 4 or March 11, 2024. There will be no further continuances.

**So ordered.**

/s/ Nathaniel M. Gorton
Nathaniel M. Gorton
United States District Judge

Dated: October 11, 2023