UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALAN THOMAS OMORI and LINFEI YANG, individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>  v.<br><br>BRANDEIS UNIVERSITY,<br><br>      Defendant. | No. 1:20-cv-11021-NMG |

## DEFENDANT BRANDEIS UNIVERSITY'S RESPONSE TO PLAINTIFFS' STATEMENT OF SUPPLEMENTAL UNDISPUTED MATERIAL FACTS

Defendant Brandeis University ("Brandeis") respectfully submits that this Court should strike Plaintiffs' Statement of Supplemental Undisputed Material Facts (Dkt. 159 at 11-12). Rule 56.1 of the Local Rules of the United States District Court for the District of Massachusetts does not allow parties opposing summary judgment to submit a statement of additional undisputed facts, only to respond to L.R. 56.1 statement originally submitted by the moving party.

If, however, this Court does not strike Plaintiffs' Statement of Supplemental Undisputed Material Facts, pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56.1 of the Local Rules of the United States District Court for the District of Massachusetts, Defendant Brandeis University ("Brandeis"), respectfully submits this response to Plaintiffs' Statement of Supplemental Undisputed Material Facts.

  1.  On March 10, 2020, Massachusetts Governor Charlie Baker declared a state of emergency due to COVID-19. Ex. 1 to Declaration of Daniel J. Kurowski in Support of Plaintiffs' Opposition to Defendant's Supplemental Motion for Summary Judgment.

**Response: Undisputed**.

1

      2.      On June 15, 2021, the state of emergency and all Emergency and Public Health Orders issued pursuant to the emergency terminated on June 15, 2021.  Kurowski Decl., Ex. 1.

**Response: Undisputed**.

      3.      Brandeis University (the University) is a private, not-for-profit, nonsectarian, coeducational institution of higher education with approximately 5,300 full-time equivalent undergraduate and graduate students.  It is not a public university.  Kurowski Decl., Ex. 2

**Response: Undisputed.**

      4.      "As of June 2023, the endowment had an approximate value of $1.22 billion."  Kurowski Decl., Ex. 3.

**Response: Undisputed.**

      5.      Shortly before the adoption of the legislation, Brandeis reported $1.729 billion in assets, including $1.39 billion in net assets.  Kurowski Decl., Ex. 2 at 5.

**Response: Undisputed.**

      6.      Brandeis does not believe the outcome of this case will have a material effect on its financial position: "The University is involved in legal cases that have arisen in the normal course of its operations. The University believes that the outcome of these cases will not have a material adverse effect on the financial position of the University." Kurowski Decl., Ex. 2 at 24.

**Response: Undisputed**, because Plaintiffs' claims are barred on several legal grounds for the reasons stated in Brandeis's motion papers.

      7.      Approximately 415,514 students enrolled in Massachusetts post-secondary institutions for Spring 2020. Kurowski Decl., Ex. 4.

**Response: Undisputed.**

DATED:  November 22, 2023    Respectfully submitted,

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By */s/ Kathleen M. Sullivan*
Kathleen M. Sullivan (BBO # 551053)
Crystal Nix-Hines (pro hac vice)
Shon Morgan (pro hac vice)
Marina Lev (pro hac vice)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA  90017
Tel. (213) 443-3000
crystalnixhines@quinnemanuel.com
kathleensullivan@quinnemanuel.com
shonmorgan@quinnemanuel.com
marinalev@quinnemanuel.com

Harvey Wolkoff (BBO No. 532880)
Alex H. Loomis (BBO No. 699129)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
111 Huntington Avenue, Suite 520
Boston, MA 02199
Tel: (617) 712-7100
harveywolkoff@quinnemanuel.com
alexloomis@quinnemanuel.com

*Attorneys for Defendant,
Brandeis University*

## CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the above document was served upon attorneys of record by email on November 22, 2023.

                                                                           */s/ Kathleen M. Sullivan*
                                                                           Kathleen M. Sullivan