UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALAN THOMAS OMORI and LINFEI YANG, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> BRANDEIS UNIVERSITY, <br><br> Defendant. | No. 1:20-cv-11021-NMG |

## DEFENDANT'S UNOPPOSED MOTION FOR CLARIFICATION AND/OR STAY IN EXPERT DISCOVERY DEADLINES PENDING RESOLUTION OF BRANDEIS'S SUPPLEMENTAL SUMMARY JUDGMENT MOTION

Defendant Brandeis University respectfully seeks clarification on the present scheduling order and/or a brief stay on the forthcoming expert discovery deadlines pending resolution of Brandeis's supplemental summary judgment motion (Dkt. 154). Pursuant to Local Rule 7.1, the parties conferred on January 2, 2024, and Plaintiffs do not oppose this motion.

On October 18, 2023, Brandeis moved for summary judgment based on Section 80 of the Outside Sections of Massachusetts' Fiscal Year 2024 Budget ("FY 2024 Budget"), entitled "Higher Education COVID-19 Limited Liability," signed into law by Governor Maura Healey on August 9, 2023. *See* 2023 Mass. St., c. 28 § 80(b), *available at* https://perma.cc/QR8N-S282%20. *See* Dkt. 154. That motion is now fully briefed. *See* Dkts. 155, 156, 157, 158, 159, 160, 161, 162, 163.

The parties also jointly stipulated and moved for the Court to stay all remaining case deadlines pending resolution of Brandeis's pending supplemental summary judgment motion. *See* Dkt. 150. This Court allowed the parties' motion with respect to their proposed summary judgment

*Motion to stay expert discovery deadlines allowed; dispositive motions will be resolved promptly.*

*SKMGorton, USDJ  01/03/2024*