UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

ALAN THOMAS OMORI and LINFEI YANG,
individually and on behalf of all others similarly
situated,

        Plaintiffs

    v.

BRANDEIS UNIVERSITY

        Defendant

CIVIL ACTION NO.:
20-11021-NMG

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## JUDGMENT
January 17, 2024

Gorton, D.J.

In accordance with the Memorandum & Order entered on January 11, 2024, ALLOWING the Defendant's Motion for Summary Judgment.

Judgment is entered on behalf of the defendant. This case is hereby DISMISSED.

    SO ORDERED.

                               /s/ Nathaniel M. Gorton
                               NATHANIEL M. GORTON
                               United States District Judge