UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALAN THOMAS OMORI and LINFEI YANG, individually and on behalf of all others similarly situated,<br><br>       Plaintiffs,<br><br>v.<br><br>BRANDEIS UNIVERSITY,<br><br>       Defendant. | No. 1:20-cv-11021-NMG<br><br>District Judge Nathaniel M. Gorton |

**PLAINTIFFS' NOTICE OF APPEAL**

Notice is hereby given that Plaintiffs ALAN THOMAS OMORI, and LINFEI YANG, by and through their attorneys, individually and on behalf of all others similarly situated, hereby appeal to the United States Court of Appeals for the First Circuit from Judgment entered January 17, 2024 [ECF 167].

Dated: January 18, 2024      Respectfully submitted,

                 /s/ Daniel J. Kurowski

               Daniel J. Kurowski (Pro Hac Vice)
               Whitney K. Siehl (Pro Hac Vice)
               HAGENS BERMAN SOBOL SHAPIRO LLP
               455 N. Cityfront Plaza Dr., Suite 2410
               Chicago, IL 60611
               T: (708) 628-4949
               dank@hbsslaw.com
               whitneys@hbsslaw.com

               Steve W. Berman (Pro Hac Vice)
               HAGENS BERMAN SOBOL SHAPIRO LLP
               1301 Second Avenue, Suite 2000
               Seattle, WA 98101
               T: (206) 623-7292

steve@hbsslaw.com

Rachel Downey (BBO #706639)
HAGENS BERMAN SOBOL SHAPIRO LLP
1 Faneuil Hall Square, 5th Floor
Boston, MA 02109
T: (617) 482-3700
F: (617) 482-3003
racheld@hbsslaw.com

Paul J. Doolittle (pro hac vice)
Blake G. Abbott (pro hac vice)
POULIN | WILLEY | ANASTOPOULO, LLC
32 Ann Street
Charleston, SC 29403
T: (843) 614-8888
pauld@akimlawfirm.com
blake@akimlawfirm.com

Richard E. Levine (BBO# 672675)
STANZLER LEVINE, LLC
37 Walnut Street, Suite 200
Wellesley, MA 02481
T: (617) 482-3198
rlevine@stanzlerlevine.com

*Attorneys for Plaintiffs and proposed class*

**CERTIFICATE OF SERVICE**

    I, Daniel J. Kurowski, hereby certify that on January 18, 2024, the foregoing document filed through the Court's CM/ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                                        */s/ Daniel J. Kurowski*
                                        Daniel J. Kurowski