# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

## ABBREVIATED ELECTRONIC RECORD

Case Caption: Doe v. Brandeis University

District Court Number: 20cv11021-NMG

Fee: Paid? Yes  X   No ____   Government filer ____   *In Forma Pauperis* Yes ____   No ____

Motions Pending    Yes ____ No  X     Sealed documents    Yes ____ No  X  
*If yes, document #* _____       *If yes, document #* _____

*Ex parte* documents   Yes ____ No  X     Transcripts         Yes ____ No  X  
*If yes, document #* _____       *If yes, document #* _____

Notice of Appeal filed by: Plaintiff/Petitioner  X    Defendant/Respondent ____   Other: ____

Appeal from:

#166 Memorandum Order, #167 Judgment

Other information:

 

    I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

#166, #167, and #168

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal #  168   filed on  January 18, 2024  .

    In testimony whereof, I hereunto set my hand and affix the seal of this Court on  January 19, 2024 .

**ROBERT M. FARRELL**
Clerk of Court

/s/Matthew A. Paine
Deputy Clerk

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**