# United States Court of Appeals
## For the First Circuit

No. 24-1084

ALAN T. OMORI, individually and on behalf of all others similarly situated; LINFEI YANG, individually and on behalf of all others similarly situated,

Plaintiffs - Appellants,

v.

BRANDEIS UNIVERSITY,

Defendant - Appellee.

**JUDGMENT**

Entered: June 14, 2024
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of stipulation, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b)(1) with each party to bear its own costs.

Mandate to issue forthwith.

By the Court:

Maria R. Hamilton, Clerk

cc: Steve W. Berman
Daniel John Kurowski
Rachel Ann Downey
Whitney K. Siehl
Richard E. Levine
Blake G. Abbott
Paul Doolittle
Harvey J. Wolkoff
Kathleen M. Sullivan
Shon Morgan
Alexander Hale Loomis
Crystal Nix-Hines
Marina Eudjienii Lev